# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SIDCO REAL ESTATE, L.L.C.

NO. 2019 CW 1147

VERSUS

ETERNAL HEALTH ANTI-AGING
CENTERS FOR MEN, LLC, JOHN
JOSEPH KELLY, AND ERIC J.
GUIRARD

OCT 2 8 2019

---

In Re:   Eternal Health Anti-Aging Centers for Men, LLC,
         applying for supervisory writs, 19th Judicial District
         Court, Parish of East Baton Rouge, No. 599618.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

    **WRIT DENIED.**   Once a judgment with appropriate decretal
language is issued by the district court, such a ruling will
represent a final, appealable judgment, and relator will be
entitled to file a motion for an appeal therefrom in accordance
with applicable law.   A final and appealable judgment must be
precise, definite and certain, and must also contain decretal
language, name the party in favor of whom the ruling is ordered,
the party against whom the ruling is ordered, as well as the
relief which is expressly granted or denied.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT